UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                           Case Number 09-38897 JHW

Debtor: Charles & Michele Lee Weiss

| Check Number | Creditor | Amount |
|---|---|---|
| 1728550 | GMAC Mortgage Corporation | 1555.09 |

/s/ Isabel C. Balboa

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2011